# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Securities and Exchange Commission<br>v.<br><br>Nenad Jovanovich et al | Case No: 13 C 5513<br><br>Judge: Joan B. Gottschall |

## ORDER

(:15) Motion hearing held. Plaintiff's motion for entry of final judgments [4] is granted. Enter Final Judgment as to Defendants Nenad Jovanovich and Accelerated Innovations, LLC in the amount of $129,060. Enter Final Judgment as to Defendant Javorka L. Gasic in the amount of $28,680. Enter Final Judgment as to Defendant Diana Bozovic in the amount of $13,925. Enter Final Judgment as to Defendant George E. Bowker, III in the amount of 19,024. Enter Final Judgment as to Defendant Kymberly A. Nelson in the amount of $465,460. Enter Final Judgment as to Defendants Dale J. Baeten, Investing in Stock Market, Inc., and Midwest Stock Consulting, Inc. in the amount of $44,800. Enter Final Judgment as to Charles C. Bennet in the amount of $31,625. Enter Final Judgment as to Relief Defendant Vertical Group Holdings, LLC in the amount of $189,373.

Date: 8/7/2013

US District Judge Joan B. Gottschall