# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Securities & Exchange Commission<br>v.<br><br>Nenad Jovanovich et al | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 13 C 5513<br><br>Judge: Joan B. Gottschall |

## ORDER

Unopposed motion for entry of final judgment as to Defendant Sky's The Limit Consulting, LLC [18] is granted. Enter Final Judgment as to Defendant Sky's The Limit Consulting, LLC. It is hereby ordered that Defendant is liable, jointly and severally with Defendant Kymberly A. Nelson for disgorgement of $436,835, representing profits as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $28,625, for a total of $465,460. Agreed motion to extend payment schedule of judgment against Defendant Diana Bozovic [20] is granted. Enter Order extending payment schedule in judgment against Defendant Diana Bozovic.

Date:  August 19, 2013

_____
US District Judge Joan B. Gottschall