*United States District Court for the Northern District of Illinois*

Case Number: 13cv5513  Assigned/Issued By: DJ

Judge Name:  Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*  ☐ $400.00   ☐ $46.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $505.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

**ISSUANCES**

☐ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☑ Abstract of Judgment
    SEC V VERTICAL GROUP HOLDINGS LLC
☐ Wage-Deduction Garnishment Summons   $74,200.00
☐ Citation to Discover Assets   (Victim, Against and $ Amount)
☐ Writ _____
    (Type of Writ)

1 Original and 1 copies on 02/05/15 as to _____
                           (Date)
VERTICAL GROUP HOLDINGS LLC.